UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>David L. Milsap | ) | BK No.: 11-34722 |
| | ) | Chapter: 13 |
| | ) | Honorable Jack B. Schmetterer |
| Debtor(s)<br>David L. Milsap | ) | Adv. No.: 12-00112 |
| Plaintiff(s)<br>CitiFinancial Services, Inc. | ) | |
| Defendant(s) | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against CitiFinancial Services, Inc., the following findings of fact and conclusions of law are made and will be entered:

1. On August 25, 2011, the Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. This Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

6. The Debtor is the owner of homestead property located at 2647 West 83rd Place, Chicago, Illinois 60652 ("the Property").

7. The Property is encumbered by the first mortgage with Wells Fargo Bank, N.A. (hereafter "Wells Fargo"). Wells Fargo filed a secured claim in the amount of $205,576.96.

8. The Property is encumbered by the second mortgage with the Defendant, CitiFinancial Services, Inc. (hereafter"CitiFinancial"). CitiFinancial filed a secured claim in the amount of $22,546.18.

9. At the time of the filing of the Chapter 13 Petition, the Property was valued at approximately $85,000.00.

10. The amount of the first mortgage with Wells Fargo exceeds the value of the Property and, pursuant to 11 U.S.C. §506(a)(1) & §1322(b)(2), the claim of the Defendant, CitiFinancial, should be

Rev: 20110603_apo

allowed as a wholly unsecured claim.

11. Because the junior mortgage lien held by the Defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. See Holloway v. US, 2001 WL 1249053 (N.D. Ill. Oct. 16, 2001); In re Mann, 249 B.R. 831, 840 (1st Cir. BAP 2000); In re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir.); In re McDonald, 205 F.3d 606 (3rd Cir. 2000).

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 3/13/12

**Prepared by:**
Law Office of Ernesto Borges
105 West Madison, Suite 2300
Chicago, IL 60602
312-853-0200

Rev: 20110603_apo